IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

JOHN W. PALMER,

      Appellant,

v.

SARASOTA COUNTY
GOVERNMENT/OPTA COMP.,

      Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-3575

Opinion filed March 19, 2015.

An appeal from an order of the Judge of Compensation Claims.
Diane B. Beck, Judge.

Date of Accident: February 22, 2000 and October 15, 2003.

Kimberly A. Hill of Kimberly A. Hill, P.L., Fort Lauderdale, for Appellant.

Stephen E. Demarsh, County Attorney, and Maria D. Korn, Assistant County
Attorney, Sarasota, for Appellee.

PER CURIAM.

      AFFIRMED.

LEWIS, C. J., MARSTILLER, and OSTERHAUS, JJ., CONCUR.